## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ronald Satish Emrit, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| vs. ) | |
| ) | Case No. 1:25-cv-008 |
| Elon Musk, et al., ) | |
| ) | |
| Defendants. ) | |

The Plaintiff, Ronald Satish Emrit ("Emrit"), initiated the above-captioned civil rights action against Elon Musk ("Musk"), Vivek Ramaswamy ("Ramaswamy"), Speaker of the House Mike Johnson ("Speaker Johnson"), and the Department of Government Efficiency with the submission of a motion for leave to proceed *in forma pauperis* and a proposed complaint on January 16, 2025. See Doc. No. 1. After screening the complaint pursuant to 28 U.S.C. § 1915(e)(2), Magistrate Judge Clare R. Hochhalter issued a Report and Recommendation on January 31, 2025, in which he recommended that the case be dismissed for failure to state a claim and as frivolous. See Doc. No. 4. Judge Hochhalter also recommended finding the request to proceed *in forma pauperis* as moot The Plaintiff was given until February 18, 2025, to file an objection to the Report and Recommendation. No objection was filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 4) in its entirety and **ORDERS** as follows:

1) The case is **DISMISSED WITHOUT PREJUDICE**.

2) The Court finds the request to proceed *in forma pauperis* moot.

3)     The Court certifies that an appeal from the dismissal of this action may not be taken in forma pauperis because such an appeal would be frivolous and cannot be taken in good faith.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2025.

                                          */s/ Daniel L. Hovland*
                                          Daniel L. Hovland, District Judge
                                          United States District Court